**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Trenton, NJ**

MICHAEL ZHANG

                 Plaintiff,

v.                                         Case No.: 3:17–cv–05170–MAS–LHG

                                                Judge Michael A. Shipp

ALLERGAN, et al.

                 Defendant.

**Order For Dismissal Pursuant to Fed.R.Civ.P. 4(m)**

It appears that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 4th day of December, 2017,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F.R.Civ.P. 4(m), without prejudice and without costs.

    /s/ Michael A. Shipp
    _____
    MICHAEL A. SHIPP United States District Judge